**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DAVIC L. ROOKS,

        Plaintiff,

v.                                             No. CV 17-929 CG

NANCY A. BERRYHILL,
ACTING COMMISSIONER OF SSA,

        Defendant.

**ORDER GRANTING APPLICATION TO PROCEED
IN FORMA PAUPERIS AND DIRECTING SERVICE**

**THIS MATTER** is before the Court upon Plaintiff's *Application to Proceed In District Court Without Prepaying Fees or Costs*, (Doc. 4), filed September 12, 2017. The Court, having considered the Application, finds that the Application is well-taken and should be **GRANTED**.

**IT IS HEREBY ORDERED** that this action is authorized to proceed without the prepayment of the filing fee, costs, or security therefore, pursuant to 28 U.S.C. § 1915.

**IT IS FURTHER ORDERED** that the United States Marshal shall serve a copy of the Summons and Complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel, in accordance with Fed. R. Civ. P. 4(c)(3).

                                              _____
                                              THE HONORABLE CARMEN E. GARZA
                                              UNITED STATES MAGISTRATE JUDGE